AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of New York  ▼

| | |
|---|---|
| AUTOMOTIVE LIFT INSTITUTE, INC. <br><br> *Plaintiff(s)* <br> v. <br> AUTOKATO ENGINEERING, LTD, d/b/a KATOOL <br><br> *Defendant(s)* | ) ) ) ) ) ) ) Civil Action No. 5:25-cv-106 (FJS/MJK) ) ) ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Autokato Engineering, LTD, d/b/a Katool
5857 Fox Ridge Ct
Broomfield, CO 800200

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sharon M. Sulimowicz, Esq.
The Law Office of Sharon M. Sulimowicz
118 North Tioga Street, Suite 202
Ithaca, NY 14850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Clerk of Court*

Date:  1-22-2025

s/Britni Smith

*Signature of Clerk or Deputy Clerk*